UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00111(2)-CRW |
| | § | |
| (2) Felix Campos | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 19, 2026, wherein the defendant (2) Felix Campos waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (2) Felix Campos to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (2) Felix Campos' plea of guilty to Count One SS (1ss) is accepted.

Signed this 2nd day of September, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE